1    PHILLIP A. TALBERT
     United States Attorney
2    COLLEEN M. KENNEDY
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, California  95814
4    Telephone:  (916) 554-2700
     Facsimile:  (916) 554-2900
5
6    BRIAN M. BOYNTON
     Principal Deputy Assistant Attorney General, Civil Division
7    JAMIE ANN YAVELBERG
     PATRICIA L. HANOWER
     GARY R. DYAL
8    Attorneys
     U.S. Department of Justice
9    Civil Division/Fraud Section
     Three Constitution Square (3CON)
10    175 N Street, N.E., Room 10.109
     Washington, DC 20002
11    Telephone: (202) 353-1229
12    Attorneys for the United States
13
14            **UNITED STATES DISTRICT COURT**
15            **EASTERN DISTRICT OF CALIFORNIA**
16

17    UNITED STATES OF AMERICA *ex rel*.     CASE NO.  2:21-cv-1199 TLN SCR
     RICHARD DRUMMOND,
18
19               Plaintiffs,     **ORDER RE THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**
20               v.

21    PHLEBXPRESS, INC., GABRIELLA
     SANTIBANEZ, FRANK G. SANTIBANEZ, and
     LISA HAZARD,
22
23               Defendants.
24
25
26
27
28

The United States having notified the Court of its decision not to intervene in this action, the Court hereby orders as follows:

(1) Relator may maintain the action in the name of the United States; providing, however, that the action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting;

(2) In the event that either the relator or any of the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval;

(3) All pleadings filed and orders issued by the Court in this action shall be served upon the United States;

(4) The United States shall reserve its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

(5) The United States shall be served with all notices of appeal.

The relator's Complaint, the Notice of Declination, and this Order shall be unsealed.  All other papers on file in this action shall remain under seal.

**IT IS SO ORDERED.**

DATED: September 10, 2024

_____
Troy L. Nunley
United States District Judge