

# United States District Court
# Eastern District of California

| | |
|---|---|
| US ex rel Richard Drummond | Case Number: 2:21-CV-01199 TLN SCR |
| Plaintiff(s) | |
| V. | |
| PhlebXpress et al | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Jonathan Kroner** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Drummond**

On **10/30/1981** (date), I was admitted to practice and presently in good standing in the **Florida** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **05/09/2025**            Signature of Applicant: /s/ **Jonathan Kroner**

**Pro Hac Vice Attorney**

Applicant's Name: Jonathan Kroner
Law Firm Name: Jonathan Kroner Law Office
Address: 6001 N Ocean Dr. Ste 806
City: Hollywood   State: FL   Zip: 33019-4617
Phone Number w/Area Code: (305) 310-6046
City and State of Residence: Asheville NC
Primary E-mail Address: jk@FloridaFalseClaim.com
Secondary E-mail Address: jonathan.kroner@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Pooja Rajaram
Law Firm Name: Kleiman / Rajaram
Address: 12121 Wilshire Blvd., Ste. 810, Los Angeles, CA 90025
City: Los Angeles   State: CA   Zip: 90025
Phone Number w/Area Code: (310) 392-5455   Bar #: 241777

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 12, 2025

JUDGE, U.S. DISTRICT COURT